UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Southern Division
Docket No. 7:10-MJ-1105-1

| United States Of America | ) | |
| --- | --- | --- |
| | ) | **JUDGMENT** |
| vs. | ) | |
| | ) | |
| Tiffany Marie Capps | ) | |

On June 7, 2011, Tiffany Marie Capps appeared before the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge in the Eastern District of North Carolina, and pursuant to an earlier plea of guilty to Driving While Impaired, Level IV, in violation of 18 U.S.C. §13, N.C.G.S. 20-138.1, was sentenced to a 12-month term of probation.

From evidence presented at the revocation hearing on February 2, 2012, the court finds as a fact that Tiffany Marie Capps, who is appearing before the court with counsel, has violated the terms and conditions of the probation judgment as follows:

1. Failure to participate as directed by the probation officer in a treatment program for narcotic addiction, drug dependency, or alcohol dependency.
2. Failure to perform community service.
3. Failure to pay a monetary obligation.
4. Failure to submit truthful and complete written reports within the first five days of each month.
5. Failure to notify the probation officer ten days prior to any change in residence.
6. Criminal conduct.
7. Failure to notify the officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation sentence heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 30 days. It is further ordered the defendant surrender to U.S. Marshal by 3:00 p.m. on Friday, February 3, 2012.

**IT IS FURTHER ORDERED** that the balance of the financial imposition originally imposed be due in full immediately.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 2nd day of February, 2012.

Robert B. Jones, Jr.
U.S. Magistrate Judge